### EVIDENCE RELATING TO PROMISE OF MARRIAGE.

Circuit Court of Cuyahoga County.

DAVID CARR v. MARY DOVLOSKY.

Decided, December 27, 1910.

*Breach of Promise of Marriage—Evidence.*

In a suit for damages for breach of promise of marriage, evidence may be received of conversations between the parties after the marriage of the defendant to another; of his admissions to a third party of the mutual affection of the parties, and of declarations of the plaintiff made when she was about to leave her employment that she was leaving so as to prepare to get married.

*Foran & Powell,* for plaintiff in error.
*Kerruish & Kerruish,* contra.

HENRY, J.; WINCH, J., and MARVIN, J., concur.

The parties stand in the relation opposite to that in which they stood below. The action there was for damages for breach of promise of marriage, and the plaintiff below recovered a verdict and judgment.

Error is assigned upon the admission of evidence, for the plaintiff below, of conversations between the parties after the marriage of the defendant below to another woman; of his admission to a third party concerning the mutual affection of the parties; and of the declaration of the plaintiff below to a third party, from whom she was in the habit of buying meats for the restaurant where she was employed, that she was about to leave said employment and get married. We have scrutinized each of these assignments separately without finding error.

The charge is excepted to for what the court said about implied contract and punitive damages; but upon examination we discern no error in the instructions given or refused.

The judgment is affirmed.